UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE ANGELO REYNOLDS, #225202,

    Petitioner,

Case No. 19-cv-11428
Hon. Matthew F. Leitman

v.

MARK MCCULLICK,

    Respondent.

_____/

## ORDER REQUIRING RESPONDENT TO FILE SUPPLEMENT TO STATE COURT RECORD

Petitioner Joe Angelo Reynolds is a state inmate in the custody of the Michigan Department of Corrections. On May 15, 2019, Reynolds filed a petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254. (*See* Pet., ECF No. 1.) On November 20, 2019, Respondent filed (1) a response in opposition to the petition (*see* Resp., ECF No. 7) and (2) Rule 5 materials from Reynolds' state-court proceedings (*see* Rule 5 Materials, ECF No. 8).

The Court has reviewed the record and concludes that additional state court records are necessary to resolve Reynolds' petition. Accordingly, by no later than **September 12, 2022**, Respondent shall file with the Court (1) Reynolds' pre-sentence report from his state-court case, *People v. Reynolds*, Oakland County Circuit Court Case No. 2015-256662-FC, and (2) any additional documents in the state court's file

reflecting the scoring of Reynolds' sentencing guidelines (including the applicable offense variables).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 24, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 24, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126